# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMANDA VARN, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>   Defendant. ) | 1:21CV807 |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b), and on February 23, 2023, was served on the parties in this action. (ECF Nos. 17, 18.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Commissioner's decision finding no disability is **AFFIRMED**, that Plaintiff's Motion for Judgment on the Pleadings, (ECF No. 12), is **DENIED**, that Defendant's Motion for Judgment on the Pleadings, (ECF No. 15), is **GRANTED**, and that this action is **DISMISSED** with prejudice.

This, the 10th day of March 2023.

               /s/ Loretta C. Biggs
               United States District Judge